(June 27, 1958)

(Republished)

■ MILTON REIN et al:, Copartners Doing Business as FRIENDLY SERVICE STATION, Respondents, v. TERRY MOTTOLA et al., Appellants.— On the court's own motion the decision filed herein on June 10, 1958, is recalled and the order entered thereon on the 10th day of June, 1958 is vacated, and the appeal is disposed of as follows: Judgment unanimously modified upon the law and the facts by vacating and setting aside so much of the judgment appealed from as fixes and awards damages to the plaintiffs in the amount of $7,500, and by ordering a new trial of said action on the issue of damages only, and, as so modified, the said judgment is affirmed, with costs to the appellants to abide the event. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ. [See ante, p. 57.]

(June 30, 1958)

■ In the Matter of DAVID H. WEISS, an Attorney.— Motion for reinstatement granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

SECOND DEPARTMENT, JUNE, 1958

(June 2, 1958)

■ LILLIAN BLOCK, Appellant, v. JOSEPH H. BREINDEL, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ CARA REALTY CORPORATION, Respondent, v. JACOB KATZ, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ PHILIP EDELSTEIN, Respondent-Appellant, v. JOSHUA HACKER et al., Appellants-Respondents.— Motion by appellants-respondents for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.